```
1  LAWRENCE G. BROWN
   United States Attorney
2  KAREN A. ESCOBAR
   MARLON COBAR
3  Assistant U.S. Attorneys
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
```



**FILED**

AUG 19 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09MJ00202 SMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | APPLICATION TO UNSEAL CRIMINAL |
| ) | COMPLAINT AND ARREST WARRANT AND |
| ) | PROPOSED ORDER |
| ARTURO LEMUS SALDANA, ) | |
| ) | |
| Defendant. ) | |

The United States of America hereby applies to this Court for an order unsealing the arrest warrant and criminal complaint in the above-captioned proceedings.

This motion is based on the fact that the defendant in this matter was arrested on the criminal complaint.

Dated: August 19, 2009                    Respectfully submitted,

                                          LAWRENCE G. BROWN
                                          United States Attorney

                                    By:   /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney

So ordered,

DATED: 8/19/08                            _____
                                          SANDRA M. SNYDER
                                          U.S. Magistrate Judge

1