1 | LAWRENCE G. BROWN
United States Attorney
2 | KAREN A. ESCOBAR
MARLON COBAR
3 | Assistant U.S. Attorneys
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000

5



FILED

AUG 1 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                 EASTERN DISTRICT OF CALIFORNIA

8

UNITED STATES OF AMERICA,       )       1:09MJ00202 SMS
9                               )
              Plaintiff,        )
10                              )
         v.                     )       APPLICATION TO UNSEAL CRIMINAL
11                              )       COMPLAINT AND ARREST WARRANT AND
                                )       PROPOSED ORDER
12 | ARTURO LEMUS SALDANA,        )
                                )
13           Defendant.         )
    _____)

14

15

16       The United States of America hereby applies to this Court for

17 an order unsealing the arrest warrant and criminal complaint in

18 the above-captioned proceedings.

19       This motion is based on the fact that the defendant in this

20 matter was arrested on the criminal complaint.

21 Dated: August 19, 2009          Respectfully submitted,

22                                  LAWRENCE G. BROWN
                                    United States Attorney
23
                             By:   /s/ Karen A. Escobar
24                                  KAREN A. ESCOBAR
                                    Assistant U.S. Attorney
25

26 So ordered,

27 DATED: 8/19/08

28                                  SANDRA M. SNYDER
                                    U.S. Magistrate Judge

1